# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-0328-S |
| | § | |
| CATARINO ZAVALA (1) | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE
## AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] and the Amended Petition for Person under Supervision [ECF No. 14] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant Catarino Zavala's term of Supervised Release. *See* Order [ECF No. 11]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") pursuant to its Order. *See* ECF No. 17. Defendant waived her right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be continued on the current terms of supervision.

**SO ORDERED.**

Signed December 17, 2024.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE